**Terry Lynn HARRIS, Plaintiff–Appellant,**

v.

**FNU HEDRICK, Correctional Officer; Richard D. Thomas, Correctional Administrator; Adrian W. Dellinger, Assistant Attorney General, N.C. Department of Justice; Frank L. Perry, Secretary of Correction, Defendants–Appellees.**

No. 14–7747.

United States Court of Appeals, Fourth Circuit.

Submitted: April 29, 2015.

Decided: May 8, 2015.

Terry Lynn Harris, Appellant Pro Se.

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Lynn Harris appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. Thomas,* No. 5:14–cv–00098–FDW (W.D.N.C. Oct. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*